IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| GEORGE B. MYERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 4:05-CV-00039 |
| v. ) | |
| ) | **ORDER** |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

On July 26, 2005, this Court entered an *Order* [6] referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his *Report and Recommendation* [15] on March 17, 2006. After reviewing the record in this case and no objections having been filed to the Magistrate Judge's *Report and Recommendation* within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's *Report* in its entirety. Accordingly, it is this day **adjudged** and **ordered** as follows:

1. The *Report and Recommendation* of the United States Magistrate Judge, filed March 17, 2006, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in Magistrate Judge Crigler's *Report*, the Commissioner's final decision is **AFFIRMED**, judgment is **GRANTED** to the Defendant, and this action is **DISMISSED** from the docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this *Order* to all counsel of record and to Magistrate Judge Crigler.

ENTERED this 5th day of April, 2006.

                                              s/Jackson L. Kiser
                                              Senior United States District Judge